9-27-15          PD-0954-15

TO: COURT OF CRIMINAL APPEALS
   P.O. BOX 12308
   AUSTIN, TX. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 05 2015

Abel Acosta, Clerk

RE: MARIO GAMEZ ; Tr. Ct. NO. D-1-DC-13-9036, C.O.A. NO. 03-13-00302-CR
    PD-9054-15

DEAR COURT OF CRIMINAL APPEALS,

IS THERE A WAY THAT I MAY ASK YOU, THE COURT OF CRIMINAL APPEALS, TO POSTPONE MY P.D.R SO THAT I MAY FILE A MOTION FOR REHEARING WITH THE COURT OF APPEALS?

ON JUNE 18, 2015 I FILED A MOTION FOR EXTENTION OF TIME WITH THE COURT OF APPEALS. BY JULY 18, 2015 I HAD NOT RECEAVED A RESPONSE BY THE COURT OF APPEALS CONCERNING THAT MOTION. MY DEADLINE TO FILE A MOTION FOR REHEARING WAS ON JULY 10, 2015. FEARING THAT I WOULD BE TIME BARD ON MY P.D.R. I FILE FOR AN EXTENTION OF TIME FOR MY P.D.R. ON JULY 18, 2015. IT HAS BEEN 97 DAYS SINCE I FILED THE MOTION FOR EXTINTION OF TIME FOR A REHEARING AND THE COURT OF APPEALS HAS FINALLY GRANTED THE MOTION. THE DEADLINE FOR FILING IS OCTOBER 12, 2015. MY DELEMA IS I'M ON MY P.D.R. NOW.

PLEASE CONTACT ME AT THE ADDRESS BELOW CONCERNING THIS MATTER.

Sincerly, MARIO GAMEZ #1850754
          Coffield Unit
          2661 F.M. 2054
          TENNESSEE COLONY, TX. 75884

FILED IN
COURT OF CRIMINAL APPEALS

OCT 08 2015

Abel Acosta, Clerk

C.C. FILE